the judgment relating to the conveyance made by Matilda Farthing to William J. Farthing, of date May 18, 1882, of lot on south side of Swan street, and so far as relates to that lot and the rents and profits thereof reversed, and a new trial of the issues relating to that conveyance granted, costs of this appeal to abide the event unless the plaintiffs stipulate within twenty days to so modify the judgment as to strike from it the provisions relating to such conveyance and premises and have it adjudged' that as to such conveyance the complaint be dismissed on the merits, and in that event the judgment so modified is affirmed, without costs of this appeal to the plaintiffs or the defendants Farthing. Opinion by Bradley, J.; order to be settled by Bradley, J.

John Garrity, Appellant, v. Fitch Raynsford, Respondent.—Judgment of the County Court reversed, and that of the justice affirmed. Corlett, J., not sitting.

Seth S. Conover, Respondent, v. John Chadwick, Appellant.—Judgment affirmed. Corlett, J., not sitting.

George W. Doty, Appellant, v. Francis M. Clint, Respondent, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Corlett J.; Smith, P. J., not sitting.

The People of the State of New York, Respondent, v. Amariah H. Bradner, Appellant.—Judgment and conviction affirmed and proceedings remitted to the Oyer and Terminer of Ontario county to proceed thereon. Opinion by Bradley. J.; Smith, P. J., not sitting.

Sidney B. Roby, Respondent, v. American Central Insurance Company of St. Louis, Appellant.—Judgment and order affirmed. Opinion by Corlett, J.; Smith, P. J., not sitting.

Lyman A. Brown, Appellant, v. Ira E. Martin, Respondent, Impleaded, etc.—Order reversed and motion for new trial denied. Opinion by Bradley. J.; Smith, P J., not sitting.

Reuben E. Phillips, Appellant, v. The Town of Macedon, Respondent.—Order granting new trial reversed. Opinion by Lewis, J.

Ann E. Penoyer, as Executrix, etc., Respondent, v. Edson Phillips, Appellant.—Judgment affirmed. Opinion by Smith, P. J.

Henry C. Driggs, Respondent, v. Roswell W. Driggs, as Survivor, etc., Appellant—Judgment reversed and new trial ordered, costs to abide event. Opinion by Barker, J.

Nelson K. Hopkins, Respondent, v. Mary A. Ensign and another, Appellants.—Judgment affirmed, with costs. Opinion by Smith, P. J.

Thomas N. Rhines, Respondent, v. The Town of Royalton, Appellant.—Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Barker, J.; Lewis, J., not sitting.

James A. W. Dawley v. John P. Brown.—Motion for reargument denied. Opinion by Barker, J.

Milo D. Smith, Respondent, v. James Halligan, Jr., Appellant.—Motion to correct memorandum of decision granted by adding thereto the words "with costs of this appeal."

Superintendent of the Poor of Ontario county, v. Frederick B. Wright, Defendant.—Motion to correct memorandum of decision by adding the words "with costs to abide event" granted. Motion for reargument, and for leave to appeal to the Court of Appeals denied.

John Garwood, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.—Motion for leave to appeal to the Court of Appeals denied. Haight, J., not sitting.

Augustus Frank, Plaintiff, v. The New York, Lake Erie and Western Railroad Company and others, Defendants.—Motion to modify judgment and for reargument denied. Barker, J, not voting.

Lawrence O'Loughlin, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Motion for reargument denied.

Buffalo Lubricating Oil Company, limited, Respondent, v. Hiram B. Everest and another, Appellants.— Order reversed and motion granted so far as to direct the items of costs and disbursements objected to on former adjustment by the clerk not then disallowed, and which accrued prior to the notice of the trial had, be stricken out, and further affidavits may be used on behalf of the parties upon such readjustment in respect to the time when the items in question did accrue.

Frank Lindner, v. Richard P. McBride and others.—So much of the order appealed from as denies the application of the appellant to be made a party defendant is reversed, and to that extent the motion is granted. In all other respects the order is affirmed, without costs of this appeal to either party.

Julia F. Kirtz, as administratrix, etc., Respondent, v. Hezekiah Peck, Appellant.—Judgment and order affirmed with costs. Opinion by Corlett. J.; Smith, P. J., not sitting.

---

# FIRST DEPARTMENT, OCTOBER TERM, 1887.

John Duer, Respondent, v Libbie Dowdney, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Sigmond J. Seligman, Respondent, v. Jonas Sonneborn, Appellant.—Judgment affirmed, with costs. Opinion by Bartlett, J.

Joseph Stern, Plaintiff, v. Samuel L. Eisner, Defendant.—Order affirmed with costs. Opinion Per Curiam.

Sophia Sewards, Respondent, v. Ittai J. Elliott, Appellant.—Order affirmed with ten dollars costs and disbursements.

Henry Harper, Respondent, v. Morris Lettman, Appellant.—Order affirmed on opinion of Barrett, J.

Rosa Ganter, Respondent, v. Maria A. Bosch, individually, etc., Appellant.— Order modified by striking out costs, and as modified affirmed without costs.

George B. Collyer, Respondent, v. Charles S. Collyer, administrator, etc., Appellant.—Appeal from order denying resettlement, dismissed with costs. Order denying leave to amend, modified as directed in opinion and as so modified affirmed without costs. Opinion Per Curiam.

James Gregory, Respondent, v. The Mayor, etc., of the city of New York, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

The People of the State of New York ex rel. Thomas McBride v. Stephen B. French and others. — Proceedings reversed, and relator reinstated. Opinion Per Curiam.

John D. Bristol, Respondent v. Equitable Life Insurance Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

William J. Walker, Respondent, v. Mutual Reserve Life Association, Appellant. — Order affirmed, with ten dollars' costs and disbursements.

George F. Vietor and others, Respondents, v. Moritz Bauer, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.